390 A.2d 303

DeJong, Appellant, v. Jackson-Cross.

Argued March 20, 1978, John L. Lachall, for appellant; Randy L. Sebastian, for appellee.

Order affirmed.